**Frieda SIMMONS, Plaintiff/Appellant,**

v.

**Connie S. HOELSCHER, Defendant/Respondent.**

No. 66912.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 10, 1995.

Thomas H. Lake, St. Louis, for appellant.

John H. Marshall, Burns & Marshall, Clayton, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals from the judgment entered on a jury verdict awarding her $500.00 in damages in her action for personal injuries. We affirm. Rule 84.16(b).